UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMIT SINGAPORE PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> PSL LIMITED., <br><br> Defendant. | IN ADMIRALTY <br><br> NO. 2:14-cv-418-CCC-MF <br><br> **ORDER OF COMPULSORY PROCESS** |

On March 20, 2014, Plaintiff SMIT SINGAPORE PTE. LTD., filed a Motion for the Issuance of Compulsory Process in the above captioned suit to require Garnishee PSL USA INC. to file the said garnishee's answer and responses to interrogatories as required under Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Court has reviewed and considered the Ex-Parte Motion along with exhibits in support thereof, and it has determined that good cause has been shown for compulsory process to issue against the garnishee PSL USA INC.

**ACCORDINGLY, IT IS HEREBY:**

**ORDERED** that the Clerk shall issue Compulsory Process against Garnishee PSL USA INC. commanding it to serve its answer under oath and to answer the garnishee interrogatories that were served on February 18, 2014 and to do so within ten (10) days from the issuance of the compulsory process, and failing to do so, and on application of Plaintiff, the said garnishee may be ordered to show cause why it should not be held in contempt for not abiding with this order and for reasonable attorney fees and costs incurred by Plaintiff in the matter.

Dated: March ~~22~~ April 22, 2014
      Newark, New Jersey

                            **SO ORDERED**

                            _____
                            CLAIRE C. CECCHI
                            U.S. DISTRICT COURT JUDGE