UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMIT SINGAPORE PTE. LTD., <br><br>   Plaintiff, <br><br> v. <br><br> PSL LIMITED., <br><br>   Defendant. | IN ADMIRALTY <br><br> NO. 2:14-cv-418-CCC-MF <br><br> **WRIT OF COMPULSORY PROCESS** |

**WHEREAS**, Plaintiff, SMIT SINGAPORE PTE. LTD., filed a Motion for the Issuance of Compulsory Process in the above captioned suit to require Garnishee PSL USA INC. to file the said garnishee's answer and responses to interrogatories as required under Rule B(3)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure;

**WHEREAS**, the Court reviewed the Ex-Parte Motion for the Issuance of Compulsory Process and found that the conditions for compulsory process appeared to exist and entered an Order so stating and authorizing the issuance of compulsory process;

**NOW THEREFORE, WE HEREBY COMMAND YOU**, PSL USA INC., in your capacity as garnishee in the above-captioned action, to serve an Answer under oath and to serve your responses to the garnishee interrogatories that were served on February 18, 2014 and to do so within ten (10) days from the date of this Writ;

Failure to comply with this Writ may subject you to the lawful consequences of willful failure to obey an Order of this Court.

Witness, the Honorable Claire C. Cecchi, Judge of the United States District Court for the District of New Jersey this 22 day of ~~March~~ April 2014.

**United States District Court for the District of New Jersey**

By: _____