UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMIT SINGAPORE PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> PSL LIMITED, <br><br> Defendant. | IN ADMIRALTY <br><br> NO. 2:14-cv-418-CCC-MF |

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
                               ) SS.:
**COUNTY OF NASSAU** )

Katherine N. Christodoulatos, being duly sworn, deposes and says:

1. That she is an employee of Chalos & Co, P.C., counsel of record for Plaintiff herein.

2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Queens, New York.

3. That on May 23, 2014, Chalos & Co, P.C. served the Plaintiff's Motion for an Order to Show Cause why Garnishee PSL USA, INC. should not be held in contempt; Attorney Declaration in Support of Plaintiff's Motion; and Proposed Order to Show Cause upon counsel for PSL USA, INC., Peter C. Dee, Mavronicholas Mueller & Dee LLP, via electronic correspondence.

4. That on May 29, 2014, Chalos & Co, P.C. served the Plaintiff's Motion for an Order to Show Cause why Garnishee PSL USA, INC. should not be held in contempt; Attorney Declaration in Support of Plaintiff's Motion; and Proposed Order to Show Cause, upon:

        PSL USA, Inc.
        c/o Mavronicholas Mueller & Dee LLP
        950 Third Avenue, 10th Floor
        New York, New York 10022
        Attn: Peter C. Dee, Esq

by sending a true copy of the above-listed documents by Federal Express, directed to counsel for PSL USA, Inc. at the above-listed address.

5.      That on May 29, 2014, Chalos & Co, P.C. served the Summons, Verified Complaint, Order for Issuance of Process of Maritime Attachment, Process of Maritime Attachment; Plaintiff's Motion for an Order to Show Cause why Garnishee PSL USA, INC. should not be held in contempt; Attorney Declaration in Support of Plaintiff's Motion; and Proposed Order to Show Cause upon:

>PSL Limited
>PSL Towers, 615 Makwana Road
>Marol, Andheri East
>Mumbai, India 400 059

by sending a true copy of the above-listed documents by Federal Express, directed to the above-mentioned party at the above-listed address.

Sworn to before me this
29th day of May, 2014

Katherine N. Christodoulatos

MELISSA DANIELL PATZELT RUSSO
Notary Public, State of New York
No. 02PA6248096
Qualified in Nassau County
Commission Expires Sept. 12, 2015